[No. 8964-1-I. Division One. January 24, 1983.]

AMERICAN PACIFIC CONCRETE PIPE, INC., ET AL,
*Respondents*, v. VERNON AUSUM,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 847803, William C. Goodloe, J., entered June

19, 1980. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Callow and Scholfield, JJ.